IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD MARK GALZINSKI,

    Plaintiff,                    No. CIV S-10-2860 FCD KJM

    vs.

CITY OF SACRAMENTO, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Specifically, plaintiff must submit an application with a certificate portion that has been filled out and signed by an authorized prison official.[1] See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

/////

---

[1] Plaintiff has submitted, as required, a certified prison trust account statement showing the status of his account for the six months prior to the filing of his complaint. Plaintiff need not submit another certified copy of his trust account as part of his application to proceed in forma pauperis.

1

1      In accordance with the above, IT IS HEREBY ORDERED that:

2      1. The Clerk of the Court shall provide plaintiff with a copy of the in forma pauperis application used by this court; and

4      2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: November 5, 2010.

_____
U.S. MAGISTRATE JUDGE

4
galz2860.3c