1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10   HARALD MARK GALZINSKI,
11            Plaintiff,                    No. CIV S-10-2860 KJM CKD P
12        vs.
13   CITY OF SACRAMENTO, et al.,
14            Defendants.                   ORDER
15   _____/
16            Plaintiff has filed a motion in which he requests that the court order unspecified
17   persons at the Sacramento County Jail to preserve evidence collected on December 17, 2003
18   relating to plaintiff's being arrested that day.  The biggest problem with plaintiff's motion is that
19   it is not clear the evidence still exists.  Therefore, plaintiff's motion will be denied.  However,
20   plaintiff may re-file his motion if he learns through discovery, or some other means, that relevant
21   evidence is not being preserved despite the duty of parties in federal court to do so.  See <u>Young</u>
22   <u>v. Facebook, Inc.</u>, No. 5:10-cv-03579-JF/PVT, 2010 WL 3564847, *1 (N.D. Cal. Sept. 13, 2010).
23   /////
24   /////
25   /////
26   /////

                                      1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's July 13, 2011 "motion

2  for protective order" is denied without prejudice.

3   Dated: August 25, 2011

4                                    _____
                                     CAROLYN K. DELANEY
5                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9  1
   galz2860.mfp

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26