1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HARALD MARK GALZINSKI,

11          Plaintiff,                    No. CIV S-10-2860 KJM CKD P

12      vs.

13   CITY OF SACRAMENTO, et al.,

14          Defendants.            ORDER

15   _____/

16          Plaintiff, a California prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On October 17, 2011, the magistrate judge filed findings and recommendations,

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed

22   objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file,

25   the court finds the findings and recommendations to be supported by the record and by the

26   proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed October 17, 2011, are adopted in full;

3    2.  Defendant Wimple's motion to dismiss (Docket No. 29) is granted; and

4    3.  Defendant Wimple is dismissed from this action.

5    DATED:  January 5, 2012.

6

7    _____
     UNITED STATES DISTRICT JUDGE

8    galz2860.805

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26