IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARALD MARK GALZINSKI,

    Plaintiff,                    No. CIV S-10-2860 KJM CKD P

    vs.

CITY OF SACRAMENTO, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a California prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On October 17, 2011, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 17, 2011, are adopted in full;

2. Defendant Wimple's motion to dismiss (Docket No. 29) is granted; and

3. Defendant Wimple is dismissed from this action.

DATED: January 5, 2012.

_____
UNITED STATES DISTRICT JUDGE

galz2860.805